Decided Jan. 18, 1996.

■

**John CHARNEY and Alice Charney, his wife, and John Charney, Jr., their son, and John Charney as parent and natural guardian of Brian Charney, a minor, Appellants,**

v.

**Elaine B. PANITZ, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1995.

Decided Jan. 18, 1996.

* Application For Leave For Amicus Curiae To    Present Oral Argument filed.

Kenneth W. Behrend, Pittsburgh, for the Charneys.

Eugene Mattioni, Philadelphia and Alan S. Gold, Elkins Park, for Elaine Panitz.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

MONTEMURO, J., who was sitting by designation, did not participate in the decision of this case.